AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:10-M -07393(1) |
| | § | |
| (1) WILLIAM CRUZ-MORATAYA | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 07, 2010** in **Uvalde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, (track statutory language of offense) William CRUZ-Morataya, an alien, entered, or was found in the United States at or near Uvalde, Texas, after having been denied admission, excluded, deported, or removed from the United States through Laredo, Texas on August 12, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,.

in violation of Title **8** **Uni**ted States Code, Section(s) **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The defendant, William CRUZ-Morataya, was arrested by Border Patrol Agents, on October 7, 2010 for being an alien illegally present in the United States. Investigation and records of*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_____
Signature of Complainant

10/12/2010
File Date

at   DEL RIO, Texas
City and State

VICTOR ROBERTO GARCIA
U.S. MAGISTRATE JUDGE

_____
Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.                                    Case Number: DR:10-M -07393(1)

(1) WILLIAM CRUZ-MORATAYA

**Continuation of Statement of Facts:**

the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on August 12, 2010 through Laredo, Texas. The defendant was found in the WESTERN DISTRICT OF TEXAS without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

_____                    _____
Signature of Judicial Officer                          Signature of Complainant